UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BETH ANN SMITH,

          Plaintiff,

-vs-                                  Case No. 5:04-cv-657-Oc-10GRJ

QUINTILES INTERNATIONAL, INNOVEX,
AMERICAN HOLDING, and JOHNSON &
JOHNSON ORTHO BIOTECH, and CRAIG
PHILLIPS, and WILBERTO ORTIZ,

          Defendants.
_____

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 146) recommending that the Plaintiff's Objection to Assessment of Costs (Doc.127) be denied except to the limited extent detailed in that report; the Magistrate Judge recommended that the award of costs be reduced by $323.05 to a total amount of $12,185.52. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed. Accordingly, upon an independent examination of the file and upon due consideration, it is ordered that the report and recommendation (Doc. 146) of the Magistrate Judge is adopted, confirmed and made a part hereof and, for the reasons stated in that report, the Plaintiff's Objection to Assessment of Costs (Doc. 44) is GRANTED to the extent that the Clerk is directed to reduce the award of taxable costs by $323.05 to

$12,185.52, and DENIED in all other respects.  The Clerk is directed to enter an amended judgment for costs against the Plaintiff in the sum total of $12,185.52.

   IT IS SO ORDERED.

   DONE and ORDERED at Ocala, Florida this 21st day of August, 2007.

                                             _____
                                             UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record