# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA,
## OCALA DIVISION

BETH ANN SMITH,

                              Civil Action
         Plaintiff,               Case Number:  5:04-cv-00657WTH-GRJ

     v.

QUINTILES TRANSNATIONAL CORP.,
INNOVEX, INC., ORTHO BIOTECH, INC.,
CRAIG PHILLIPS and WILBERTO ORTIZ,

         Defendants
_____/

## JOINT STIPULATION FOR DISMISSAL

Defendant INNOVEX, INC. (hereinafter referred to as "Innovex"), and Defendant ORTHO BIOTECH, INC. (hereinafter referred to as "Ortho Biotech"), by their respective undersigned counsel of record herein, stipulate and agree that Innovex's cross-claim against Ortho Biotech in the above-entitled cause be dismissed with prejudice and without assessment of costs against either party.  Further, the parties herein stipulate and agree that Defendant Ortho Biotech's cross-claim against Innovex in the above-entitled cause be dismissed with prejudice and without assessment of costs against either party.

DATED this 2nd day of January, 2008.

LITTLER MENDELSON, P.C.

*S/Anthony J. Hall*
Anthony J. Hall, Esquire
4767 New Broad Street
Orlando, FL 32814
(407) 514-2637
Attorney for Ortho Biotech, Inc.
Florida Bar No.  0040924

SIBONI, HAMER & BUCHANAN, P.A.

*S/Robert B. Buchanan*
Robert B. Buchanan, Esquire
307 N.W. 3rd Street
Ocala, FL  34475
(352) 629-7441
Attorney for Quintiles Transnational and
Innovex, Inc.
Florida Bar No. 063400